**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6221**

———————

CHRIS SCHOWERTH,

                Plaintiff - Appellant,

       v.

JOHN INGRAM, Sheriff; PHIL PARRY, Captain; JANE EVENS, Lieutenant; JAMES STEWERD, Sargent; SHANE GUNNELL, Officer,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:10-ct-03054-BO)

———————

Submitted:  April 19, 2012        Decided:  April 26, 2012

———————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Chris Schowerth, Appellant Pro Se.  Christopher J. Geis, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chris Schowerth appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Schowerth v. Ingram</u>, No. 5:10-ct-03054-BO (E.D.N.C. Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>